Case: 1:26-cv-02802
Assigned To : Cobb, Jia M.
Assign. Date : 8/6/2026
Description: Pro Se Gen. Civ. (F-DECK)

# In The United States District Court for The District of Columbia

AZAEL DYTHIAN. PERALES et al.,
P.O. Box 501
Fullerton, CA 92836
(714) 803-1934

Plaintiff(s)

Vs.

U.S. Department of Defense et al.,
1400 Defense Pentagon
Washington DC 20301-1444
(703)571-3343

Defendant(s)

Civil Action No.________________

**[42 U.S.C. § 1983]**

## COMPLAINT

The Defendants are guilty of 18 U.S.C. § 249 - Federal hate crime laws in the United States are primarily codified in 18 U.S.C. § 249. This statute, known as the Matthew Shepard and James Byrd Jr. Hate Crimes Prevention Act, makes it a federal crime to willfully cause bodily injury, or attempt to do so, because of a person's actual or perceived race, color, religion, national origin, gender, sexual orientation, gender identity, or disability. I Azael D. Perales am alleging the Defendants have done this to me from 2018 to present by way of torture causing bodily injury such as ongoing muscle spasms causing swelling in my feet, ankles, back, legs, stomach including my heart. In addition to this the Defendants arbitrarily emit violent electrical prods to my body and skin reminiscent to someone using a hot poker iron to my skin. The Defendants have continued to emit powerful and dangerous radio signals to my brain while I am semi-conscious or asleep. The Defendants have somehow able to read my almost every thought while

I am conscious by way of a computer which sends a live streaming feed of my thoughts. The Defendants have continued to berate me- calling me quote a fag_ot motherfu_ker who sucks big di_ks,,and get my a-sshole f-cked. I have also been continually called porky the pig fag_ot - due to my exceeding weight gain, a half breed fa_got mother f_cker due to my ethnicity and several other profane curse words and slurs constantly all day and all night. Most recently the terrorist language towards me has been elevated by the Defendants stating "I would like to cut your d-ck off shove it in your mouth and slit your f-ggot throat all these terrorist threats are facilitated by way of the Defendant's their communication devices which is received by me every waking moment of the day, even when I was at work. This has been ongoing by the Defendants from 2017 to Present. I am currently unemployed due to the Defendants torturous programs and tactics. I Azael D. Perales am a homosexual; I have been celibate for over twenty- five years. I am of Puerto Rican and African American, American Indian and Irish descent.

**Supporting *Facts*:**

The case is pursuant to 18 U.S. Code § 1001 - Statements or entries generally(a)Except as otherwise provided in this section, whoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully—
(1) falsifies, conceals, or covers up by any trick, scheme, or device a material fact;
(2) makes any materially false, fictitious, or fraudulent statement or representation
(3)makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry; shall be fined under this title, imprisoned not more than 5 years or, if the offense involves international or domestic terrorism (as defined in 18 U.S. Code § 2331 - Definitions As used in this chapter— **(A)**
involve violent acts or acts dangerous to human life that are a violation of the criminal laws of the United States or of any State, or that would be a criminal violation if committed within the jurisdiction of the United States or of any State;
**(B)** appear to be intended—
**(i)** to intimidate or coerce a civilian population;
**(ii)** to influence the policy of a government by intimidation or coercion;

18 U.S.C. § 2339 and its subsections address the provision of material support to terrorists and terrorist organizations such as the Defendants. Specifically, 18 U.S.C. § 2339A focuses on providing material support as the Defendants have been provided funds (Money) to purchase a satellite in space to spy on American citizens in their homes and businesses it can also arbitrarily torture and communicate with American citizens through sonic and other listening devices in addition the satellite tracks automobiles and can intercept radio signals in your automobile or otherwise. I am alleging this satellite was launched in or around 2018 by NASA- The **National Aeronautics and Space Administration**. The Defendants also purchased and installed microscopic cameras, audio devices to communicate to me the Plaintiff, bugging devices, x ray equipment, sonic and or otherwise, computers, telephone lines were installed with their equipment, electrical poles were installed with their equipment a buildings to house its employees and a salary to the Defendants in order to support mental and physical domestic terrorism, for the commission of specific offenses as is the Defendants have done in the United States partly with the funds allocated to them by way of **H.R.5634 — 114th Congress (2015-**

2016) This bill provides FY2017 appropriations for the Department of Homeland Security (DHS), including: (Sec. 223) Permits the U.S. Secret Service to obligate funds in anticipation of reimbursement for personnel receiving training sponsored by the James J. Rowley Training Center, except that total obligations at the end of the fiscal year may not exceed budgetary resources available for the Operations and Support account.
(Sec. 224) Prohibits the U.S. Secret Service from using funds for the protection of the head of a federal agency other than the Secretary of Homeland Security, except where it has entered into an agreement to provide the protection on a fully reimbursable basis.
(Sec. 225) Prohibits the U.S. Secret Service from using funds for opening a new permanent domestic or overseas office or location unless Congress is notified in advance.
(Sec. 226) Permits the U.S. Secret Service to reprogram specified funds within the Operations and Support account.

United States Secret Service

Operations and support

For necessary expenses of the United State Secret Service, including purchase of not to exceed 652 vehicles for police-type use for replacement only; hire of passenger motor vehicles; purchase of motorcycles made in the United States; hire of aircraft; rental of buildings in the District of Columbia, and fencing, lighting, guard booths, and other facilities on private or other property not in Government ownership or control, as may be necessary to perform protective functions; conduct of and participation in firearms matches; presentation of awards; travel of United States Secret Service employees on protective missions without regard to the limitations on such expenditures in this or any other Act if notification is made in advance to the Committees on Appropriations of the House of Representatives and the Senate; grants to conduct behavioral research in support of protective intelligence and operations; payment in advance for commercial accommodations as may be necessary to perform protective functions; payment, without regard to section 5702 of title 5, United States Code, of subsistence expenses of employees who are on protective missions, whether at or away from their duty stations; $1,839,722,000; of which not to exceed $19,125 shall be for official reception and representation expenses; of which not to exceed $100,000 shall be to provide technical assistance and equipment to foreign law enforcement organizations in counterfeit investigations; of which $2,366,000 shall be for forensic and related support of investigations of missing and exploited children; of which $6,000,000 shall be for a grant for activities related to investigations of missing and exploited children; of which not less than $12,000,000 shall be for activities related to training in electronic crimes investigations and forensics; and of which $36,966,000 shall remain available until September 30, 2018.
procurement, construction, and improvements
For necessary expenses of the United States Secret Service for procurement, construction, and improvements, $90,127,000, to remain available until September 30, 2019.
research and development
For necessary expenses of the United States Secret Service for research and development, $2,500,000, to remain available until September 30, 2018.

**The National Security Agency's (NSA) specific 2024 budget is not publicly disclosed, as the NSA's funding is part of the broader, classified National Intelligence Program (NIP). However, the aggregate NIP budget for Fiscal Year 2024 was $76.5 billion, with supplemental funding included in that total. The NSA's budget is estimated to be around $3.6 billion, but this figure is not officially confirmed and includes various components.**

**The Defendants are guilty of 18 U.S.C. § 371—Conspiracy to Defraud the United States**
The general conspiracy statute, 18 U.S.C. § 371, creates an offense "[i]f two or more persons conspire either to commit any offense against the United States, or to defraud the United States, or any agency thereof in any manner or for any purpose. (emphasis added). *See* Project, *Tenth Annual Survey of White Collar Crime*, 32 Am. Crim. L. Rev. 137, 379-406 (1995)(generally discussing § 371).
The operative language is the so-called "defraud clause," that prohibits conspiracies to defraud the United States. This clause creates a separate offense from the "offense clause" in Section 371. Both offenses require the traditional elements of Section 371 conspiracy, including an illegal agreement, criminal intent, and proof of an overt act.
Although this language is very broad, cases rely heavily on the definition of "defraud" provided by the Supreme Court in two early cases, *Hass v. Henkel*, 216 U.S. 462 (1910), and *Hammerschmidt v. United States*, 265 U.S. 182 (1924). In *Hass* the Court stated:
The statute is broad enough in its terms to include any conspiracy for the purpose of impairing, obstructing or defeating the lawful function of any department of government . . . (A)ny conspiracy which is calculated to obstruct or impair its efficiency and destroy the value of its operation and reports as fair, impartial and reasonably accurate, would be to defraud the United States by depriving it of its lawful right and duty of promulgating or diffusing the information so officially acquired in the way and at the time required by law or departmental regulation.

*Hass*, 216 U.S. at 479-480. In *Hammerschmidt*, Chief Justice Taft, defined "defraud" as follows:
To conspire to defraud the United States means primarily to cheat the Government out of property or money, but it also means to interfere with or obstruct one of its lawful governmental functions by deceit, craft or trickery, or at least by means that are dishonest. It is not necessary that the Government shall be subjected to property or pecuniary loss by the fraud, but only that its legitimate official action and purpose shall be defeated by misrepresentation, chicane or the overreaching of those charged with carrying out the governmental intention.
*Hammerschmidt*, 265 U.S. at 188.

The general purpose of this part of the statute is to protect governmental functions from frustration and distortion through deceptive practices. Section 371 reaches "any conspiracy for the purpose of impairing, obstructing or defeating the lawful function of any department of Government. The "defraud part of section 371 criminalizes any willful impairment of a legitimate function of government, whether or not the improper acts or objective are criminal under another statute."
The word "defraud" in Section 371 not only reaches financial or property loss through use of a scheme or artifice to defraud but also is designed and intended to protect the integrity of the United States and its agencies, programs and policies.

**The Defendants are guilty of 18 U.S. Code § 1028 - Fraud and related activity in connection with identification documents, authentication features, and information** (a) (4)knowingly possesses an identification document (other than one issued lawfully for the use of the possessor), authentication feature, or a false identification document, with the intent such document or feature be used to defraud the United States, Whoever, in a circumstance described in subsection (c)(1) of this section (1)the identification document, authentication feature, or false identification document is or appears to be issued by or under the authority of the United States or a sponsoring entity of an event designated as a special event of national significance or the document-making implement is designed or suited for making such an identification document, authentication feature, or false identification document.

The Defendants are guilty of 18 U.S. Code § 1030 - Fraud and related activity in connection with computers **(a)**Whoever—
**(2)**intentionally accesses a computer without authorization or exceeds authorized access, and thereby obtains—
**(A)**
information contained in a financial record of a financial institution, or of a card issuer as defined in section 1602(n)The term "cardholder" means any person to whom a credit card is issued or any person who has agreed with the card issuer to pay obligations arising from the issuance of a credit card to another person. of title 15. The Defendants have continued to hack into my financial institution Chase Bank- Savings account number 000003721865211 knowing my ending balance after every withdrawal or deposit whether I go inside the bank or use the banks ATM. They also have the balance of my account on non-Chase Bank ATMs. In addition to this they know my personal identification number which I utilize to access my savings account. The Defendants have hacked in spied and erased my emails in both my g-mail account azaellperales@gmail.com and my yahoo email account azael.perales@yahoo.com.

**The Defendants are guilty of 18 U.S. Code § 402 - Contempt's constituting crimes**
Any person, corporation or association willfully disobeying any lawful writ, process, order, rule, decree, or command of any district court of the United States. I have a restraining order against the United States in the U.S. Court of Federal claims. The Defendants are guilty of violation of The Whistleblower Protection Act (WPA) provides legal protection for federal employees from adverse personnel actions taken in retaliation for disclosing government waste, fraud, corruption, or other misconduct. See: Azael D. Perales vs. Internal Revenue Service in U.S. Court of Appeals for the District of Columbia case No,15-1291 appealed to U.S. Supreme Court. Such fine shall be paid to the United States or to the complainant or other party injured by the act constituting the contempt, or may, where more than one is so damaged, be divided or apportioned among them as the court may direct.

## The Defendants are guilty of 18 U.S. Code § 1344 - Bank fraud

Whoever knowingly executes, or attempts to execute, a scheme or artifice—
**(1)**
to defraud a financial institution; or
**(2)**
to obtain any of the moneys, funds, credits, assets, securities, or other property owned by, or under the custody or control of, a financial institution, by means of false or fraudulent pretenses such as my Chase bank account, representations, or promises;
shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both.

## The Defendants are guilty of Domestic Espionage Spying & Conspiracy to commit Espionage

The practice of spying or of using spies, typically by governments to obtain political and military information. In the intelligence world, a spy is strictly defined as someone used to steal secrets for an intelligence organization. Also called an agent or asset, a spy is not a professional intelligence officer, and doesn't usually receive formal training (though may be taught basic tradecraft) A spy either volunteers or is recruited to help steal information, motivated by ideology, patriotism, money, or by a host of other reasons.

## The Defendants are guilty of 18 U.S.C. § 2339A

Originally enacted on September 13, 1994, is primarily a statute aimed at reaching those persons who provide material support to terrorists knowing that such support will be used to commit one of the offenses specified in the statute. (The offenses specified in the statute I am alleging the Defendants are guilty of is **18 U.S.C. §§ 1362** Whoever willfully or maliciously injures or destroys any of the works, property, or material of any radio, telegraph, telephone or cable, line, station, or system, or other means of communication, operated or controlled by the United States, or used or intended to be used for military or civil defense functions of the United States, whether constructed or in process of construction, or willfully or maliciously interferes in any way with the working or use of any such line, or system, or willfully or maliciously obstructs, hinders, or delays the transmission of any communication over any such line, or system, or attempts or conspires to do such an act, shall be fined under this title or imprisoned not more than ten years, or both. .Southern California Edison (SCE) receives **federal funds through grants and partnerships** to support large-scale grid modernization projects, such as improving power lines and energy storage, and participates in various federal research initiatives. The U.S. Department of Energy awarded a $600 million grant to a public-private partnership to improve California's electric grid that will lead to energy savings and enhanced reliability for consumers.

AT&T receives federal funding primarily for public-private partnerships to expand broadband infrastructure, as seen in its participation in state-level programs like California's Federal Funding Account (FFA) and the Beam Funding Program (BEAD) in Louisiana, for which it was awarded millions to connect unserved areas. Additionally, AT&T holds government contracts, such as its role in providing services for the U.S. Department of

Homeland Security (DHS) and as the network partner for FirstNet, the public safety network. In contrast to receiving funding.

The Defendants are guilty of willfully or maliciously injures or destroys any of the works, property, or material of any radio, telegraph, telephone or cable, line, station, or system, or other means of communication, operated or controlled by the United States, or used or intended to be used for military or civil defense functions of the United States, whether constructed or in process of construction, or willfully or maliciously interferes in any way with the working or use of any such line, or system, or willfully or maliciously obstructs, hinders, or delays the transmission of any communication over any such line, or system, or attempts or conspires to do such an act, shall be fined under this title or imprisoned not more than ten years, or both. Please *see* prima facie evidence filed with the Federal Communication Commission i.e. Complaints and field reports submitted to the court dated October 2, 2017, October 11, 2017 and January 26, 2018. Federal Communication field reports dated January 10 2018, January 26, 2018, January 23, 2018, January 20, 2018, January 15, 2018, January 18, 2018 along with other field reports I generated in 2018.

**The Defendants are guilty of 18 U.S. Code § 471 - Obligations or securities of United States**

Whoever, with intent to defraud, falsely makes, forges, counterfeits, or alters any obligation or other security of the United States, shall be fined under this title or imprisoned not more than 20 years, or both. The Defendants have taken money designated and allocated to them for the security and sanctity of our nations national security and defense and have derived a terrorist and inappropriate spying organizations on me and the American people. They have critically encroached and violated me Azael D. Perales civil liberties - Civil liberties are constitutionally protected individual rights and freedoms from government infringement, ensuring freedom of speech, religion, press, and assembly, as well as protection from unreasonable government intrusion and the right to due process. My civil rights - Civil rights are legally protected rights that ensure equal treatment and prevent discrimination based on characteristics like race, religion, gender, age, and disability, guaranteeing individuals can participate in society without prejudice. The Defendants have done this from resources funded by the U.S. Congress and U.S. Senate fraudulently.

**The Defendants are guilty of 18 U.S. Code § 930 - Possession of firearms and dangerous weapons in Federal facilities**

**(a)**

Except as provided in subsection (d), whoever knowingly possesses or causes to be present a firearm or other dangerous weapon in a Federal facility (other than a Federal court facility), or attempts to do so, shall be fined under this title or imprisoned not more than 1 year, or both.

**(b)**

Whoever, with intent that a firearm or other dangerous weapon be used in the commission of a crime, knowingly possesses or causes to be present such firearm or dangerous weapon in a Federal facility, or attempts to do so, shall be fined under this title or imprisoned not more than 5 years, or both.

The Defendants have obtained dangerous weaponry that has caused me physical and mental pain and anguish from January 2017 to present.

**The Defendants are guilty of 18 U.S. Code § 1029 - Fraud and related activity in connection with access devices**

(a)Whoever—
(1) knowingly and with intent to defraud produces, uses, or traffics in one or more counterfeit access devices;
(2)knowingly and with intent to defraud traffics in or uses one or more unauthorized access devices during any one-year period, and by such conduct obtains anything of value aggregating $1,000 or more during that period;
The Defendants have obtained mass amounts of computers, video monitors, mass data, audio bugging equipment and torture devices that the ability to access my bank account, access my emails retrieve my bank pin number from my bank, access my email passwords, illegally track my cell phone, access my car radio transmission, access my television signal, access my residence inside and out access my computers and monitors in the Anaheim and Fullerton Public library an all with the intent to defraud my resources, health and welfare, right to peace, prosperity and right of privacy. The defendants have done this by way of counterfeit access devices and programs utilizing Microsoft among other illegal program.

**The Defendants are guilty of 18 U.S. Code § 2155 - Destruction of national-defense materials, national-defense premises, or national-defense utilities**

**(a)**
Whoever, with intent to injure, interfere with, or obstruct the national defense of the United States, willfully injures, destroys, contaminates or infects, or attempts to so injure, destroy, contaminate or infect any national-defense material, national-defense premises, or national-defense utilities, shall be fined under this title or imprisoned not more than 20 years, or both, and, if death results to any person, shall be imprisoned for any term of years or for life.
**(b)**
If two or more persons conspire to violate this section, and one or more of such persons do any act to effect the object of the conspiracy, each of the parties to such conspiracy shall be punished as provided in subsection (a) of this section.
The Defendants have obtained mass amounts of computers, video monitors, mass data, audio bugging equipment and torture devices that the ability to access my bank account, access my emails retrieve my bank pin number from my bank, access my email passwords, illegally track my cell phone, access my car radio transmission, access my television signal, access my residence inside and out access my computers and monitors in the Anaheim and Fullerton Public library an all with the intent to defraud my resources, health and welfare, right to peace, prosperity and right of privacy. The defendants have done this by way of counterfeit access devices and programs utilizing Microsoft among other illegal programs and much of this is done in on around United States National Defense buildings. The Defendants are also utilizing United States defense contractors The Top 100 Contractors Report on the Federal Procurement Data System lists the top 100 defense contractors by sales to the United States Armed Forces and Department of Defense. ('DoD 9700' worksheet).[1] The Department of Defense announces contracts valued at $7 million or more each business day at 5 pm. Booz Allen Hamilton Holding Corporation is one of the largest Defense contractors hired by The Defendant National Security Agency, **Booz Allen Hamilton Holding Corporation** (informally **Booz Allen**)[4] is the parent of

Booz Allen Hamilton Inc., an American company specializing in digital transformation and artificial intelligence. The company is headquartered in McLean, Virginia,[8] in the Washington metropolitan area, with 80 additional offices around the globe. Booz Allen's stated core business is to provide consulting, analysis, and engineering services to public- and private-sector organizations and nonprofits.
Booz Allen has been described by *Bloomberg* as "**the world's most profitable spy organization**," due to the large number of former intelligence officers on its staff. It is a major provider of cybersecurity services to the U.S. Security and Exchange Commission. In 2013, David Sirota of *Salon* said that Booz Allen and parent company The Carlyle Group make significant political contributions to the Democratic Party and the Republican Party as well as individual politicians, including Barack Obama and John McCain Sirota concluded that "many of the politicians now publicly defending the surveillance state and slamming whistleblowers like Snowden have taken huge sums of money from these two firms", referring to Booz Allen and Carlyle, and that the political parties are "bankrolled by these firms" According to Maplight, a company that tracked campaign donations, Booz Allen gave a total of just over $87,000 to U.S. lawmakers from 2007 to June 2013.

**The Defendants are guilty of 18 U.S. Code § 2340 – Definitions As used in this chapter—**
**(1)**
"torture" means an act committed by a person acting under the color of law specifically intended to inflict severe physical or mental pain or suffering (other than pain or suffering incidental to lawful sanctions) upon another person within his custody or physical control;
**(A)**
the intentional infliction or threatened infliction of severe physical pain or suffering;
**(D)**
the threat that another person will imminently be subjected to death, severe physical pain or suffering, or the administration or application of mind-altering substances or other procedures calculated to disrupt profoundly the senses or personality. . I Azael D. Perales am alleging the Defendants have done this to me from 2018 to present by way of torture causing bodily injury such as ongoing muscle spasms causing swelling in my feet, ankles, back, legs, stomach including my heart. In addition to this the Defendants arbitrarily emit violent electrical prods to my body and skin reminiscent to someone using a hot poker iron to my skin. The Defendants have continued to emit powerful and dangerous radio signals to my brain while I am semi-conscious or asleep. The Defendants have somehow able to read my every thought while I am conscious by way of a computer which sends a live streaming feed of my thoughts. The Defendants have continued to berate me- calling me quote a faggot motherfucker who sucks big dicks, a porky the pig faggot - due to my exceeding weight gain, a half breed faggot mother fucker due to my ethnicity and several other profane curse words and slurs constantly by way of their communication devices which is received by me every waking moment of the day, even when I was at work. This has been ongoing by the Defendants from 2018 to Present.

The Defendants are guilty of 18 U.S. Code § 2701 - Unlawful access to stored communications
**(a)Offense.**—Except as provided in subsection (c) of this section whoever—
**(1)**
intentionally accesses without authorization a facility through which an electronic communication service is provided; or

**(2)**intentionally exceeds an authorization to access that facility;
and thereby obtains, alters, or prevents authorized access to a wire or electronic communication while it is in electronic storage in such system shall be punished as provided in subsection (b) of this section. The Defendants have obtained mass amounts of computers, video monitors, mass data, audio bugging equipment and torture devices that the ability to access my bank account, access my emails retrieve my bank pin number from my bank, access my email passwords, illegally track my cell phone, access my car radio transmission, access my television signal, access my residence inside and out access my computers and monitors in the Anaheim and Fullerton Public library an all with the intent to defraud my resources, health and welfare, right to peace, prosperity and right of privacy. I have slowly lost my autonomy over the last eight years, I cannot walk, or stand without pain. I strain to clean myself after a bowel movement. It is difficult for me to shower and change my underwear. I was forced to resign from my last employer G&M Oil company in January 2025. I was barely able to walk the last two weeks of my employment.

**The Defendants are guilty of 18 U.S. Code § 1349 - Attempt and conspiracy**

Any person who attempts or conspires to commit any offense under this chapter shall be subject to the same penalties as those prescribed for the offense, the commission of which was the object of the attempt or conspiracy from November 2017 to Present.

**The Defendants are guilty of 18 U.S. Code § 2261A-Stalking (1)(A)(i)(ii)(B)(2)(A)(B) From January 2017 to Present**

**The Defendants are guilty of 18 U.S, Code § 113- Assaults within maritime and territorial jurisdiction-**
18 U.S. Code § 113(a)(3) and(a)(6) are federal charges for serious assaults occurring within federal maritime or territorial jurisdiction. Section (a)(3) covers assaults with a dangerous weapon or weapons with intent to cause bodily harm, while (a)(6) involves assaults resulting in serious bodily injury. Both carry significant prison time, up to 10- 20 years in federal prison. The Defendants have continually physically assault me from January 2017 to Present.

18 U.S.C terrorist threats primarily fall under federal statutes to terrorism, extortion, and interstate communications. Key statutes include 18 U.S.C. § 2332b (acts of terrorism transcending national boundaries) **§ 876877** (mailing threatening communications), and § 2339A/B (providing material support to terrorist), often involving threats intended to intimidate or coerce, with penalties ranging from fines to life imprisonment. The Defendants are guilty of this by wat of their communication devices from January 2017 to Present.

- **18 U.S.C. § 2331 (Definition of Domestic Terrorism):** Defines terrorism as activities involving acts dangerous to human life that violate U.S. law and appear to be intended to intimidate/ coerce

a civilian population or influence government policy. The Defendants are guilty of this by way of their communication devices from January 2017 to Present.

- Under 18 U.S.C. § 1113, attempted murder with the special maritime and territorial jurisdiction is
- A federal crime punishable by up to 20 years in prison. It requires proving the defendant took substantial step or steps toward killing someone with a specific intent to murder.

Federal destruction of personal property is primarily covered under 18 U.S.C. § 1361, My automobile and residence has been under attack repeatedly by the Defendants by way of their espionage systems.

The Defendants are guilty of **18 U.S. Code Chapter 65** outlines federal **malicious mischief** laws. It criminalizes the willful and malicious destruction injury, or interference with property, communications, or vital infrastructure belonging to the U.S. government or affecting interstate Commerce. Penalties scale from fines to misdemeanors to decades in federal prison.

**Vandalism and malicious mischief** are closely related property offenses, but with a few key distinctions, Vandalism is the deliberate destruction or defacement of property for the sake of causing damage. Malicious mischief refers specifically to property damage or interference driven by a specific motive of spite, revenge or ill will. The Defendants have continued to place microscopic cameras and audio devices in public restrooms, government buildings such as eateries, restaurants, government buildings such as the Department of Motor Vehicles Fullerton California, Anaheim and Fullerton libraries inside their computer terminals ceilings and restrooms. Santa Ana Social Services building located at 1928 S. Grand Avenue- Santa Ana, CA 92705. California Social Services building Medi- Cal Offices located at 12912 Brookhurst Ave. Garden Grove, CA 92840, Anaheim City Hall Located at 200 S. Anaheim Blvd. Anaheim, CA 92805, California Superior Court located at 700 Civic Center Drive West Santa Ana, CA 92701, California Superior Court Los Angeles located at 312 North Spring Street Los Angeles, CA 90012 and H& R Block Tax Services located at 1531 S. Harbor Blvd. Suite # 8 Fullerton, CA 92832 to name a few.

The Defendants are guilty of (7) Counts of 26 U.S. Code § 7206- Federal and false statements by way of my Federal and State Income Tax Returns and Federal and State Income.

**Any Person or Persons who-**

**(1) DECLARATION UNDER PENALTIES OF PURJURY**

Willfully makes and subscribes any return, statement, or other document, which contains or is verified by a written declaration that it is made under the penalties of perjury, and which he does not believe to be true and correct as to every material matter; or

**(2) AID OR ASSISTANCE**

Willfully aids or assists in, or procures, counsels, or advises the preparation or presentation under, or in connection with any matter arising under, the internal revenue laws, of a return, affidavit, claim, or other document, which is fraudulent or

is false as to any material matter, whether or not such falsity or fraud is with the knowledge or consent of the person authorized or required to present such return, affidavit, claim, or document; or

**(3)FRAUDULENT BONDS, PERMITS, AND ENTRIES**
Simulates or falsely or fraudulently executes or signs any bond, permit, entry, or other document required by the provisions of the internal revenue laws, or by any regulation made in pursuance thereof, or procures the same to be falsely or fraudulently executed, or advises, aids in, or connives at such execution thereof; or

**(4)REMOVAL OR CONCEALMENT WITH INTENT TO DEFRAUD**
Removes, deposits, or conceals, or is concerned in removing, depositing, or concealing, any goods or commodities for or in respect whereof any tax is or shall be imposed, or any property upon which levy is authorized by section 6331, with intent to evade or defeat the assessment or collection of any tax imposed by this title; or

**(5)COMPROMISES AND CLOSING AGREEMENTS** In connection with any compromise under section 7122, or offer of such compromise, or in connection with any closing agreement under section 7121, or offer to enter into any such agreement, willfully—

**(A)Concealment of property**
Conceals from any officer or employee of the United States any property belonging to the estate of a taxpayer or other person liable in respect of the tax, or

**(B)Withholding, falsifying, and destroying records**
Receives, withholds, destroys, mutilates, or falsifies any book, document, or record, or makes any false statement, relating to the estate or financial condition of the taxpayer or other person liable in respect of the tax;

**The Defendants are guilty of Maladministration:**
is the inefficient, improper, or negligent management of a system, organization, or government body. It typically involves bureaucratic failures such as unreasonable delays, poor record-keeping, ignoring procedures, or failing to provide proper services, which result in injustice or hardship for those affected such as me the Plaintiff, thank you.

**Date:** August 3, 2026

**Signature:** ______________________

**Name:** Azael Dythian Perales
**(Type or Print)**

**Telephone No.** (714) 803-1934

**Address:** 839 N. Harbor Blvd, Anaheim, CA 92805

# In The United States District Court for The District of Columbia

AZAEL DYTHIAN. PERALES et al., )
P.O. Box 501 )
Fullerton, CA 92836 )
(714) 803-1934 )
Plaintiff(s) )
Vs. )
)
)

U.S. Department of Defense et al.,
1400 Defense Pentagon
Washington DC 20301-1444
(703)571-3343

Defendant(s)

Civil Action No.__________________

## **Background**

Honorable court this case is about Obsession, Revenge, Hate and Choice. The Defendants actions and behavior over the past nine years from January 2017 to present have been border line psychopathy with deep nihilism. There actions over the last nine years towards me have been abusive both mentally, physically and monetarily. I have endured insurmountable pain and personal and professional loss. This action by the Defendants has started with me arbitrarily and capriciously however where does the Defendants torture and psychological warfare ends? Perhaps next it's a U.S. Congressman, U.S. Senator, Superior Court Judge, Supreme Court Justice or perhaps a Criminal inmate or Attorney no one could possibly know. The Defendants have weaponized themselves against anyone who opposes them. All Americans are under the cusp of the Defendants. Honorable Court in my 55 years on this earth which has been a victim of discrimination both personally and professionally, I have come to realize there are only two types of people on this earth, there are those who are evil and those who condone evil. The Defendants have continued to blatantly disrespect the rule of law by removing the judiciary from essentially all of their actions. The Patriot Act of 2001 which essentially removed the judiciary

from several federal agencies including the Defendants was overturned by the USA Freedom Act of 2015. However, many authorities and surveillance tools similar to those granted by the Patriot Act remain in use through other legislation, and some original provisions were extended until their failure to be reauthorized in March 2020. The USA FREEDOM Act is a bipartisan law signed in 2015 that reformed U.S. surveillance laws, ending the National Security Agency's (NSA) bulk collection of Americans' phone data while still allowing targeted collection with a court order and reasonable suspicion. It increased privacy protections by placing call records with phone companies instead of the government, mandated court orders for data collection, improved transparency of the Foreign Intelligence Surveillance Court (FISC), and reauthorized certain provisions of the expired USA PATRIOT Act. The Defendants have been able to read all of my personal, professional, legal and U.S. mail whether I was at my residence in Fullerton, CA or most recently my Anaheim, CA residence at present, at my home post office in Fullerton or at a bus stop at the Fullerton Transportation Center all of this is done by the Defendants prying and coercive satellite in outer space. SpaceX has successfully launched Starship in its most recent test flight and deployed eight dummy satellites, while also successfully launching 28 Starlink satellites on a Falcon 9 rocket from Cape Canaveral, Florida on August 27, 2025.SpaceX's sunrise launch of its Falcon 9 rocket from Cape Canaveral Space Force Station the following Wednesday morning sent its latest batch of broadband internet satellites into low Earth orbit. The Starlink 10-56 mission featured a payload of 28 Starlink V2 Mini satellites that successfully deployed roughly an hour after launch. Liftoff from Space Launch Complex 40 happened at 7:10 a.m. EDT (1110 UTC). SpaceX rocket launched satellites on Tuesday, August 26, 2025. The mission launched a defense satellite for Luxembourg and seven other rideshare payloads from California. Also, the SpaceX Starship rocket had its tenth flight test yesterday, which included deploying dummy satellites. I made the above statements because the United States have partially or completely borne most of the cost of these launches and satellites into outer space. The Defendants have been able to launch at least one or more satellites into space that is very harmful and dangerous to the American people. These rogue satellites by the Defendants are similar to Goggle Earth Satellite. However, they are far more powerful, intrusive and highly dangerous to the American people. I have filed over 114 lawsuits according to Pacer in Federal Courts throughout the Country since 2009. According to my records and correspondences with the Federal Courts all lawsuits were fantastical, delusion, nonsensical with no bases in fact and that I was abusing Federal Courts. I was able to fortunately have the Utah Supreme Court review many of them and I believe there Chambers are at work. To date not one of the 115 Federal lawsuits, over 8 State Supreme Court lawsuits in a span of over 16 years have yet to adjudicate or pay any of these lawsuits. I currently live on my life savings unable to work due to the ongoing torture by the Defendants. On or around March 2020 while I was living in a homeless shelter in Anaheim California called Kramer at Bridges place which Parent company is Named The Mercy House, I was immediately awaken by a very painful prick to my skin. I immediately went to the restroom to inspect the area in the mirror and discovered that these two particular pricks reminiscent to someone placing a hot poker iron to your flesh that I was experiencing since November 2019 opened up two one inch flesh wounds on the right side of my chest one on my nipple they both were bleeding. The pain was horrific and I realized that the Defendants have the ability to draw blood from me with their torture devices at any given time. I have submitted to the Honorable Court most recent work history from my last employer G&M Oil Company which includes my separation notice effective January 26, 2025 which states my employment was ended to my voluntary resignation. I have submitted a copy of my final paycheck dated

January 27, 2025. I have submitted a copy of my Image award conducted by our Parent Company Chevron Oil main office in California. This is a yearly evaluation that evaluates and inspects the entire exterior of the location, I scored a 100% on August 8, 2024, and I was the only person on duty at the time of the inspection. I have submitted a copy of very nice compliment regarding my exceptional work ethic and guest service from my Area Supervisor at the time Basem Basset, Luie Hipolito who at that time was the companies head of Compliance, Safety and Accident Prevention programs and Rick Grobart with Focus Management Association our Company insurance carrier based out of Chicago, IL dated June 8, 2021. In addition I want to state that have never had less than a 100% Secret Shopper score in all of the three locations in which I worked at with G&M Oil in the five years that I was employed with them. My employee file was clean I never had any disciplinary actions during my employment with G&M Oil company. At my final location in Costa Mesa, CA I received three 100% Secret Shoppers in a row in late 2024 through January 2025. The Company Secret Shopper Program has someone who is anonymous enters your store at any given time and secretly inspects and evaluates the guest service that you give to them and evaluates the organization and cleanliness of your store inside and out. I have submitted to the Honorable Court my Medical Records from Kaiser Permanente hospital from my podiatrist Dr. Uh regarding my ongoing health related issues regarding my foot caused by the Defendants ongoing torture. At one time I was placed on seven different medications due to the Defendants actions. The medications were Anti inflammation medications, Pain Medications, Hypertension medications, Psychotropic medications and anti-depressant medications. See} Related Cases, the Data Operation Center is iconic and is located in Bluffdale, Utah. The related cases clearly show how the U.S. Department of Defense and the U.S. Pentagon have been able to operate with impunity regarding their ongoing criminality against me and espionage for no valid reason whatsoever. The Defendants are currently a radical and tyrannical force allowed to operate above the rule of law since 2017 to Present. This complaint before the honorable court is a cogent plea for help. The Defendants actions have been premeditated and that means guilt. They are errant Defendants who's conduct have continually over shadowed the Mission and Legitimacy of their respected agencies. They ongoing homeomorphic hate speech and pejorative rhetoric towards me and the American people since 2017 to present is at minimum illegal and unacceptable. I am requesting the Honorable court apply the evidence, facts and the application of the law. The 1789 foundational legal precedent for defense against government tyranny is the **Second Amendment** to the U.S. Constitution, which guarantees the right of the people to keep and bear arms to maintain a "well-regulated Militia". It was formally introduced in Congress by James Madison on June 8, 1789, as part of the initial Bill of Rights proposals. The legal and philosophical framework underpinning this right relies on several key historical texts and doctrines: I do not own a fire arm and do not intend to purchase one at this point in life however the Defendants are invoking me and the American people to arm ourselves due to their ongoing violent behavior towards me and the American People. **The Right of Revolution:** Grounded in English common law and heavily influenced by John Locke's *Second Treatise of Government*, the founding generation codified the belief that ultimate sovereignty resides in the people. If a government subverts the ends for which it was created, the social contract is broken, and the populace retains the inherent right to overthrow tyrannical rule. **Federalist No. 28:** Alexander Hamilton famously argued that if national representatives betray their constituents, the final resource is the exertion of that original "right of self-defense". He asserted that the right of citizens to resist usurpation is paramount to all positive forms of government. **Federalist No. 46:** James Madison argued that the federal

government could be kept in check by armed state militias. He noted that the existence of an armed populace—combined with state governments—forms an insurmountable barrier against the enterprises of ambition. While the practical application and legal interpretation of this precedent have evolved, the Second Amendment was drafted with the express purpose of ensuring a civilian-based defense against both foreign invasion and domestic tyranny. You can read the original Annals of Congress and explore the full Bill of Rights Documents on the official Library of Congress and National Archives websites to study the original 1789 congressional debates.

I am requesting criminal, consequential and punitive damages, from the Defendants for over nine years whom have placed an indelible blight on my reputation as a man, professional and has broken my mind, body and spirit forever, thank you.

**Signature:** ______________________

**Date:** 8/03/2026 **Name:** **AZAEL DYTHIAN PERALES**
**(Typed or Print)**

**Telephone:** **(714)803-1934** **Address:** **839 N. Harbor Blvd. Anaheim, CA 92805**

# In The United States District Court for The District of Columbia

AZAEL DYTHIAN. PERALES et al., )
P.O. Box 501 )
Fullerton, CA 92836 )
(714) 803-1934 )
Plaintiff(s) )
Vs. )
)
)

U.S. Department of Defense et al.,
1400 Defense Pentagon
Washington DC 20301-1444
(703)571-3343

Defendant(s)

Civil Action No.________________

## CONSTITUTIONAL PROVISIONS

01.) **Violation of U.S. Constitution Article (4) Section 1**- Is primarily aimed at recognition of court judgments. It provides that "full faith and credit shall be given in each state to the public acts, records, and judicial proceedings of every other state. "This section also gives Congress the authority to enact legislation providing for the authentication and implementation of documents and records and Proceedings shall be proved, and the Effect thereof.

02.)**Violation of The Federal Legislative Supremacy Statue (McCulloch v. Maryland, 4 Wheaton 316, 4 L.ED.579 (1819)** This Decision by the Supreme Court established the principle of national supremacy that requires federal law to prevail over conflicting state law. *McCulloch v. Maryland* also contains a powerful articulation of the implied power doctrine. The opinion of the court was issued by Chief Justice Marshall. The decision broke into two major components. The first revolved around the question of whether Congress had the power to establish a second bank of the United States . In addressing this question, Marshall developed two propositions. One was that the Constitution" proceeds directly" from the people. The conventions that ratified the Constitution were instruments of the people, and from those conventions that the power of the federal government" derives its whole authority". This conclusion allowed Chief Justice Marshall to fully reject Maryland 's contention that the powers of the federal government were derived from the states as sovereign entities. The second major issue posed in this case was whether Maryland could levy a tax on the bank. Chief Justice Marshall and the court rejected these arguments. Since the bank had been established through lawful exercise of power implied from the Constitution, the federal law had to prevail over the state law attempting to tax the bank.

03.)**Violation of The Congressional Power to Protect Civil Rights, United States v. Guest, 383 U.S. 745, 86 S.Ct. 1170, 16 L.Ed. 2d 239 (1966)** This act upheld congressional power to punish individual conspiracies that violate Fourteenth Amendment rights. *Unites States v. Guest* permitted application of provisions of the ***Enforcement Act of 1870*** (currently refereed to section 241 of the Title 18 of The U.S. Code) against violations of a person such as myself civil rights. Section 241 provides for fines and imprisonment of persons who conspire to "injure, oppress, threaten or intimidate any citizen in the free exercise or enjoyment of any right or privilege secured to him by the U.S. Constitution or Laws of The United States." The *Guest* case involved the murder of a black citizen on a Georgia highway. Guest was one of two persons allegedly involved in the conspiracy who was acquitted in a state murder proceeding. Subsequently, Guest and others were indicted for conspiracy to violate Section 241. I am alleging that

currently all Defendants are guilty of violation of Section 241 in my case before the court.

04.) **Violation of the Civil Rights Act of 1964**

The United States Congress failed to uphold the Courts ruling in *Fitzpatrict v. Bitzer* (427 U.S. 448: 1976) in all fifty states in my cases. This ruling protected individuals such as myself from rapacious injustice outside of the state where the individual is living, it also allowed civil, criminal and punitive damages to officials who violated the 1964 Act. The ruling stated that Congress could authorize suits against states and state officials to enforce provisions of the Civil Rights Act of 1964.

05.) **Violation of Whitney v. California , 274 U.S. 357, 47 S. Ct. 641, 7 L.Ed. 1095 ( 1927)** Upheld a state criminal syndicalism statue making it a crime to belong to an organization advocating use of unlawful force to achieve its political objectives. I am alleging that the Defendants are part of a sophisticated domesticated terrorist organization which is guilty of Espionage and Conspiracy to commit Espionage (colloquially, spying) is the obtaining of information considered secret or confidential without the permission of the holder of the information.[1] Espionage can be committed by an individual or a spy ring (a cooperating group of spies), in the service of a government as is the Defendants or a company, or operating independently. The practice is inherently clandestine, as it is by definition unwelcome and in many cases illegal and punishable by law. Espionage is a subset of "intelligence" gathering, which includes espionage as well as information gathering from public sources. I am alleging that the Defendants are in violating Whitney v. California , 274 U.S. 357, 47 S. Ct. 641, 7 L.Ed. 1095 (1927) thus causing me as an individual undue harm and ongoing torture by the Defendants to date.

06.)**Violation of Right to Privacy- Griswold v. Connecticut (381 U.S. 479, 85 S. Ct. 1678, 14 L.Ed.2d 510 (1965)** Defined privacy as a constitutionally protected right. The court enlarged upon the privacy protection defined in Griswold, particularity as it affected procreation. The Defendants had no warrant to bug and monitor my bedroom in Anaheim, CA. my current residence located at 839 N.

Harbor Blvd. Anaheim, CA 92805 They viewed me through capture devices through satellites including utilizing infer-red and x-ray technology of my own home for years. The Defendants have followed and tracked me through unknown devices via Greyhound Bus Lines from February 14, 2019 Through present in Twelve states including California, Arizona, Nevada, Utah, Indiana, Illinois, Kentucky, Colorado, Wyoming, Texas, New Mexico and Florida, placing harmful electronic invisible piercing prongs throughout my body, rectum and genitals which pain last five to ten seconds at a time from January 2017 to Present.

07.)**Violation of the Due Process Clauses/** This constitutional provision was designed to ensure that laws will be reasonable both in substance and in means of implementation. Due process language is contained in two clauses of the Constitution of the United States. The Fifth provision prohibits deprivation of "life, liberty, or property, without due process of law" It sets a limit on arbitrary and unreasonable actions by the Federal Government which I have been a victim of for over 14 calendar years. Due process required that actions of government occur through ordered and regularized process, which has not occurred in my cases under the Fourteenth Amendment a post civil war amendment added to the constitution in 1868. The amendment was also aimed at forcing southern compliance with newly established political rights for blacks. The fourteenth Amendment brought a federal presence to the protection of civil rights.

08.)**Failure to Exercise the Judicial Review Constitutional Statue/ Marbury v. Madison , 1 Cranch 137, 2 L.Ed. 60 (1803)** This case set judicial precedence in which the United States Supreme Court asserted itself as being the institution that logically must be the ultimate authority in interpreting the federal Constitution. *Marbury v. Madison* was the first case in which the U.S. Supreme Court in a published opinion invalidated an act of Congress on the ground that it violated the Constitution. Thus the Court enunciated the doctrine judicial review, and formally established its policy making function. This case primarily focused on resolving a situation where a law" be in opposition with the Constitution …is in essence of judicial duty" If the Constitution is superior to legislative enactments, the Constitution rather than statue," must govern the case to which they both apply was the final opinion by then Chief Justice John Marshall and it is in effect this

very day. *Marbury v. Madison* made use of the following *syllogism*; The law of a nation are to be interpreted by its court, and the Constitution is a law of the United States . In conclusion the Constitution is to be interpreted by the federal courts, the U.S. Supreme Court being the ultimate interpreter with broad authority over the U.S. Congress relating to the law.

09.)**Failure to Exercise Scope of Executive Power- The Honorable President Donald J. Trump/ In Re Neagle, 135 U.S. 1, 10 S.Ct. 658, 34 L.Ed. 55 (1890)**
This Constitutional statue Ruled that the President may act even in the absence of explicit constitutional or statutory authority. Justice Miller's opinion of the court fully embraced the view that Presidents must possess certain prerogatives or inherent power to allow response to particular situations such as a Domestic Terrorist Network. We are fifteen years into my particular cases-the President failed to act immediately to protect the morale stature of the United States and it's financial institutions as well as protect our citizens. The Court upheld the enforcement activities taken by the executive even in the absence of authorizing legislation. The executive must be able to "command obedience" to law by drawing upon whatever power is required to **"keep the peace"**. According to this view as it should be, the President possesses inherent power that permits virtually any response to national needs so long as the action is not expressly forbidden, this is the second term of the Honorable President Donald J. Trump in which has continued to fail to exercise scope of executive power to "keep the peace" thank you.

**Date:** **August 3, 2026** **Signature:** ______________________

**Name:** **Azael Dythian Perales**
**(Type or Print)**

**Telephone No.** **(714) 803-1934** **Address:** **839 N. Harbor Blvd, Anaheim, CA 92805**

# In The United States District Court for The District of Columbia

AZAEL DYTHIAN. PERALES et al., )
P.O. Box 501 )
Fullerton, CA 92836 )
(714) 803-1934 )
Plaintiff(s) )
Vs. )
)
)

U.S. Department of Defense et al.,
1400 Defense Pentagon
Washington DC 20301-1444
(703)571-3343

Defendant(s)

Civil Action No.________________

## JURISTICTION

**Article 3 Section 2 of The U..S. Constitution.**
The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, and the Laws of the United States.

## CONSTITUTIONAL AND STATUTORY PROVISIONS INVOLVED Article III, Section 2 of the U.S.

The U.S. Constitution provides that "[t]he judicial Power shall extend to all Cases, in Law and Equity, arising under * * * the Laws of the United States * * *." The pertinent provisions of 42 U.S. Code § 1983 - Civil action for deprivation of rights.

The mere statutory injury-in-law—standing alone—is sufficient to satisfy the Article III injury.

**Date:** August 3, 2026

**Signature:** ____________________

**Name:** Azael Dythian Perales
**(Type or Print)**

**Telephone No.** (714) 803-1934

**Address:** 839 N. Harbor Blvd, Anaheim, CA 92805